UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ELENA MENDEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:21-cv-01076-EPG<br><br>ORDER GRANTING STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 13) |

　　　Pursuant to the parties' stipulation (ECF No. 13), IT IS HEREBY ORDERED that Plaintiff's Opening Brief shall be filed by April 28, 2022. All other remaining deadlines in the Scheduling Order (ECF No. 5) are extended accordingly.

IT IS SO ORDERED.

　　Dated:　**March 29, 2022**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE