DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maria Elena Mendez,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. 1:21-cv-01076-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 45-day extension of time, from April 25, 2022 to June 9, 2022, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT. All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's third request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary as Plaintiff' Counsel continues to care for her ill father in Houston, Texas with limited access to her computer. For the week of April 25, 2022 Counsel has three merit briefs and one Reply brief due. Plaintiff's Counsel has included a declaration in

1

support of the motion. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                              Respectfully submitted,

Dated: April 28, 2022       PENA & BROMBERG, ATTORNEYS AT LAW

                          By: */s/ Dolly M. Trompeter*
                              DOLLY M. TROMPETER
                              Attorneys for Plaintiff


Dated: April 28, 2022      PHILLIP A. TALBERT
                              United States Attorney
                              PETER K. THOMPSON
                              Acting Regional Chief Counsel, Region IX
                              Social Security Administration


                          By:   *\*/s/ Patrick Snyder*
                              Patrick Snyder
                              Special Assistant United States Attorney
                              Attorneys for Defendant
                              (*As authorized by email on April 28, 2022)

## **ORDER**

Pursuant to the parties' stipulation (ECF No. 15), IT IS HEREBY ORDERED that Plaintiff shall file her opening brief by June 9, 2022. All remaining deadlines in the Scheduling Order (ECF No. 5) are extended accordingly.

IT IS SO ORDERED.

Dated:   **May 2, 2022**                                    /s/ *Erica P. Grosjean*
                                                                              UNITED STATES MAGISTRATE JUDGE